**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM  1**

| |
|---|
| Trina Solar (U.S.), Inc.<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>**Defendant.** |

**S U M M O N S**

**Court No.**   22-00321

**TO:**   The Attorney General and the Secretary of Homeland Security:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| | |
|---|---|
| Port(s) of Entry: Houston (5301), Jacksonville (1803), Memphis (2006), New York/Newark (4601), Los Angeles (2704) | Center (if known): Electronics CEE (007) |
| Protest Number: 5301-22-108005 | Date Protest Filed: April 13, 2022 |
| Importer: Trina Solar (U.S.), Inc. | Date Protest Denied: May 13, 2022 |
| Category of Merchandise: Bifacial Crystalline Silicon Photovoltaic ("CSPV") Panels | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| FS2-200578 | 1/18/2021 | 12/10/2021 | | | |
| see schedule | | | | | |
| | | | | | |
| | | | | | |

Jonathan M. Freed
Trade Pacific PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC 20003
(202) 223-3760
jfreed@tradepacificlaw.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Bifacial CSPV Panels | 8541.40.6015 | 20% | 8541.40.6015 | 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

**The issue which was common to all such denied protests:**

The imported merchandise are excluded from additional safeguard duties listed in Note 18(h) to Chapter 99, HTSUS, because they are bifacial solar modules, as defined in Note 18(c)(iii)(17) to Chapter 99, HTSUS Revision 2 (2022). The Court, in SEIA v. United States, 553 F.Supp.3d 1322 (CIT 2021), side aside Presidential Proclamation 10101, which rescinded the exclusion of bifacial solar panels from additional safeguard duties, as null and void. As a result, entries of bifacial solar modules were excluded from the additional safeguard duties effective October 25, 2020 by virtue of Presidential Proclamation 9693. Trina Solar (U.S.), Inc. supplied product specification sheets for each of the 6 specifications of bifacial solar modules imported and a product code key that would allow U.S. Customs and Border Protection to identify all entries of imported merchandise subject to its protest as containing bifacial solar modules that are excluded from the additional safeguard duties. Therefore, the applicable duty rate for the imported merchandise should be 0.00%.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jonathan M. Freed
_____
*Signature of Plaintiff's Attorney*

November 4, 2022
_____
*Date*

**SCHEDULE OF PROTESTS**

Electronics CEE (007)

_____

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 5301-22-108005 | 4/13/2022 | 5/13/2022 | FS2-2004744-3 | 11/21/2020 | 10/15/2021 | 5301 |
| 5301-22-108005 | 4/13/2022 | 5/13/2022 | FS2-2004474 5-0 | 11/21/2020 | 10/15/2021 | 5301 |
| 5301-22-108005 | 4/13/2022 | 5/13/2022 | FS2-2004746-8 | 11/21/2020 | 10/15/2021 | 5301 |
| (see schedule) | (see schedule) | (see schedule) | (see schedule) | (see schedule) | (see schedule) | (see schedule) |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047443 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047450 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047468 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047476 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047484 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048490 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048508 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048516 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048524 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048532 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048540 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048664 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048672 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048680 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050470 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050488 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050520 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051122 | 11/26/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051130 | 11/26/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051148 | 11/26/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051155 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051163 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051171 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051189 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052930 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049811 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049829 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050116 | 11/30/2020 | 10/22/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050496 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050504 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050512 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050694 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050710 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050744 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051072 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051080 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051643 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050702 | 12/1/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050728 | 12/1/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050736 | 12/1/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054506 | 12/2/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054514 | 12/2/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050090 | 12/4/2020 | 10/29/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051106 | 12/5/2020 | 10/29/2021 | 4601 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051114 | 12/5/2020 | 10/29/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054829 | 12/5/2020 | 10/29/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053565 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053573 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053581 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053599 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054084 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054092 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055032 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055040 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055057 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047492 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047500 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047518 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047526 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047674 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047682 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047690 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048268 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048557 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048698 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049837 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049845 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049852 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049860 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049878 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049886 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049894 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049902 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049910 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054191 | 12/8/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054464 | 12/8/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052047 | 12/9/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052054 | 12/9/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052419 | 12/9/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052872 | 12/9/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053532 | 12/9/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053540 | 12/9/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051197 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052948 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052955 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052963 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052856 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052864 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052880 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055065 | 12/13/2020 | 11/5/2021 | 5301 |

Electronics CEE (007)         **SCHEDULE OF ENTRIES/PROTESTS**         Form 1-3 (cont'd)

| | | | | | | |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055073 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055081 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055099 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055107 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055115 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055693 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055701 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054480 | 12/14/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056006 | 12/14/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056014 | 12/14/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056154 | 12/14/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054100 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054118 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054126 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054134 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054142 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054159 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054167 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054183 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054324 | 12/15/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054845 | 12/16/2020 | 11/12/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054894 | 12/16/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055552 | 12/16/2020 | 11/12/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055560 | 12/16/2020 | 11/12/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056337 | 12/17/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056402 | 12/17/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056410 | 12/17/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056162 | 12/18/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056386 | 12/18/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056394 | 12/18/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054910 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054928 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055776 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055784 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055792 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055883 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057129 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057137 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049795 | 12/22/2020 | 10/15/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054472 | 12/22/2020 | 11/19/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055578 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055586 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055594 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055602 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055610 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055628 | 12/23/2020 | 11/19/2021 | 5301 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055636 | 12/27/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057111 | 12/28/2020 | 11/19/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057145 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057152 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057160 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057442 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054787 | 12/29/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054795 | 12/29/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054878 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055727 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055735 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057715 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059018 | 12/29/2020 | 11/26/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051098 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051684 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051692 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051700 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051718 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051726 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053193 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054837 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054936 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054944 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054951 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054969 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054977 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054985 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054993 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055008 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055016 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055024 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057178 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057459 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057467 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057475 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057483 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057491 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057509 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057517 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057699 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057707 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057889 | 1/1/2021 | 11/12/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054852 | 1/2/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056352 | 1/2/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052393 | 1/3/2021 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053524 | 1/3/2021 | 11/5/2021 | 5301 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055677 | 1/3/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055685 | 1/3/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055669 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055743 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055750 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055768 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055966 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059166 | 1/3/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054860 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055974 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056360 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056378 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057525 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057533 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057723 | 1/5/2021 | 11/26/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057731 | 1/5/2021 | 11/26/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054886 | 1/8/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059075 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059083 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059091 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059109 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059133 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059968 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059976 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059117 | 1/9/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059141 | 1/9/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055982 | 1/11/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055990 | 1/11/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059653 | 1/11/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059661 | 1/11/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058762 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058770 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058788 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220060594 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220060586 | 1/15/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220063788 | 1/15/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058432 | 1/17/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059638 | 1/17/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059646 | 1/17/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057897 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057905 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057913 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057921 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057939 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059448 | 1/18/2021 | 12/10/2021 | 1803 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059679 | 1/18/2021 | 12/10/2021 | 5301 |

Electronics CEE (007)       **SCHEDULE OF ENTRIES/PROTESTS**        Form 1-3 (cont'd)

| | | | | | | |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059687 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059695 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059455 | 1/27/2021 | 12/3/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059463 | 1/27/2021 | 12/3/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220060800 | 2/9/2021 | 12/10/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059752 | 2/15/2021 | 12/10/2021 | 5301 |