UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| TRINA SOLAR (U.S.), INC.<br><br>                                Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                                Defendant. | **Court No.**  22-321<br>And Attached Schedule |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, Trina Solar (U.S.), Inc., pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated:   August 6, 2025

                                                              Jonathan M. Freed
                                                           Attorney for Plaintiff
                                           700 Pennsylvania Avenue SE, Suite 500
                                                              Street Address
                                           Washington, DC  20003
                                                         City, State and Zip Code
                                           (202) 233-3760
                                                              Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-321 | Trina Solar (U.S.), Inc. | 5301-22-10800 | Please see attached schedule |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                              By: _____
                                                            Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047443 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047450 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047468 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047476 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047484 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048490 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048508 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048516 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048524 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048532 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048540 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048664 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048672 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048680 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050470 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050488 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050520 | 11/21/2020 | 10/15/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051122 | 11/26/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051130 | 11/26/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051148 | 11/26/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051155 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051163 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051171 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051189 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052930 | 11/29/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049811 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049829 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050116 | 11/30/2020 | 10/22/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050496 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050504 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050512 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050694 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050710 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050744 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051072 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051080 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051643 | 11/30/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050702 | 12/1/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050728 | 12/1/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050736 | 12/1/2020 | 10/22/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054506 | 12/2/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054514 | 12/2/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220050090 | 12/4/2020 | 10/29/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051106 | 12/5/2020 | 10/29/2021 | 4601 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051114 | 12/5/2020 | 10/29/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054829 | 12/5/2020 | 10/29/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053565 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053573 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053581 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053599 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054084 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054092 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055032 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055040 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055057 | 12/6/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047492 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047500 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047518 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047526 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047674 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047682 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220047690 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048268 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048557 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220048698 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049837 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049845 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049852 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049860 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049878 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049886 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049894 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049902 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049910 | 12/8/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054191 | 12/8/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054464 | 12/8/2020 | 10/29/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052047 | 12/9/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052054 | 12/9/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052419 | 12/9/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052872 | 12/9/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053532 | 12/9/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053540 | 12/9/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051197 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052948 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052955 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052963 | 12/10/2020 | 11/5/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052856 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052864 | 12/13/2020 | 11/5/2021 | 5301 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052880 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055065 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055073 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055081 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055099 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055107 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055115 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055693 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055701 | 12/13/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054480 | 12/14/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056006 | 12/14/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056014 | 12/14/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056154 | 12/14/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054100 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054118 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054126 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054134 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054142 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054159 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054167 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054183 | 12/15/2020 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054324 | 12/15/2020 | 10/29/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054845 | 12/16/2020 | 11/12/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054894 | 12/16/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055552 | 12/16/2020 | 11/12/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055560 | 12/16/2020 | 11/12/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056337 | 12/17/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056402 | 12/17/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056410 | 12/17/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056162 | 12/18/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056386 | 12/18/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056394 | 12/18/2020 | 11/5/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054910 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054928 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055776 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055784 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055792 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055883 | 12/21/2020 | 11/12/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057129 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057137 | 12/21/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220049795 | 12/22/2020 | 10/15/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054472 | 12/22/2020 | 11/19/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055578 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055586 | 12/23/2020 | 11/19/2021 | 5301 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055594 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055602 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055610 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055628 | 12/23/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055636 | 12/27/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057111 | 12/28/2020 | 11/19/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057145 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057152 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057160 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057442 | 12/28/2020 | 11/19/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054787 | 12/29/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054795 | 12/29/2020 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054878 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055727 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055735 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057715 | 12/29/2020 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059018 | 12/29/2020 | 11/26/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051098 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051684 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051692 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051700 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051718 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220051726 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053193 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054837 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054936 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054944 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054951 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054969 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054977 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054985 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054993 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055008 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055016 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055024 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057178 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057459 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057467 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057475 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057483 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057491 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057509 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057517 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057699 | 12/30/2020 | 11/26/2021 | 5301 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057707 | 12/30/2020 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057889 | 1/1/2021 | 11/12/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054852 | 1/2/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056352 | 1/2/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220052393 | 1/3/2021 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220053524 | 1/3/2021 | 11/5/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055677 | 1/3/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055685 | 1/3/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055669 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055743 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055750 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055768 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055966 | 1/3/2021 | 11/26/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059166 | 1/3/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054860 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055974 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056360 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220056378 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057525 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057533 | 1/4/2021 | 11/26/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057723 | 1/5/2021 | 11/26/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057731 | 1/5/2021 | 11/26/2021 | 2704 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220054886 | 1/8/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059075 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059083 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059091 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059109 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059133 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059968 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059976 | 1/8/2021 | 12/3/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059117 | 1/9/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059141 | 1/9/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055982 | 1/11/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220055990 | 1/11/2021 | 11/12/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059653 | 1/11/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059661 | 1/11/2021 | 12/3/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058762 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058770 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058788 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220060594 | 1/13/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220060586 | 1/15/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220063788 | 1/15/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220058432 | 1/17/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059638 | 1/17/2021 | 12/10/2021 | 4601 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059646 | 1/17/2021 | 12/10/2021 | 4601 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057897 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057905 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057913 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057921 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220057939 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059448 | 1/18/2021 | 12/10/2021 | 1803 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059679 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059687 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059695 | 1/18/2021 | 12/10/2021 | 5301 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059455 | 1/27/2021 | 12/3/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059463 | 1/27/2021 | 12/3/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220060800 | 2/9/2021 | 12/10/2021 | 2006 |
| 530122108005 | 4/13/2022 | 5/13/2022 | FS220059752 | 2/15/2021 | 12/10/2021 | 5301 |